IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOUIS BRACKEN | § | |
| | § | |
| | § | |
| V. | § | Civil Action No. 3:20-cv-03158-C |
| | § | |
| BBVA USA | § | |

## ORDER

This matter came before the Court on Defendant BBVA USA's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or, in the Alternative, Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e), or in the Alternative, Motion for Judgment on the Pleadings. After considering the Motion and arguments of counsel, the Court is of the opinion this Motion should be GRANTED. It is therefore,

ORDERED that Defendant BBVA USA's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or, in the Alternative, Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e), or in the Alternative, Motion for Judgment on the Pleadings, is GRANTED.

It is further ORDERED that BBVA USA is dismissed with prejudice.

Signed on _____, 2020.

_____
Honorable Sam R. Cummings
U.S. District Court Judge