IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOUIS BRACKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BBVA, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:20-CV-3158-C |

**ORDER**

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed November 18, 2020, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITHOUT PREJUDICE**. Any and all pending Motions are **DENIED AS MOOT**.

SO ORDERED this 23rd day of November, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE