IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOUIS BRACKEN, | ) |
|       Plaintiff, | ) |
| v. | ) |
| BBVA, | ) |
|       Defendant. | ) Civil Action No. 3:20-CV-3158-C |

**JUDGMENT**

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** without prejudice.

SIGNED this 23rd day of November, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE